IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-mj-07003-MJW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EVERLINE M. ATANDI,

Defendant.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE MICHAEL J. WATANABE

It is hereby ORDERED that Plaintiff shall have up to and including May 30, 2007, to file any response to the Pro Se Defendant's letter, viewed by the court as a motion, [docket entry 6, filed March 22, 2007].

The Court shall conduct a hearing concerning this motion on **June 20, 2007**, at 2:00 p.m. in the U.S. District Courthouse located at 212 North Wahsatch, Colorado Springs, Colorado.

May 15, 2007